UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION NO. 1:02CV113

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ENTRY OF DEFAULT |
| ) | |
| 16.99 ACRES, MORE OR LESS, . . . ) | |
| *ET AL* ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Government's motion for entry of default.

Based on the representations of the Government, it appears that the United States has published notice of this action as required by law and has effected personal service in accordance with law. While some entities or persons originally filed appearances in this matter, they have since withdrawn their appearances. The Government has also recognized and satisfied the interests of other entities or persons.

**IT IS, THEREFORE, ORDERED** that the Government's motion for entry of default is **ALLOWED**, and default is hereby entered against any potential claimants who have not appeared in this matter or who have withdrawn appearance.

Signed: March 17, 2006

Lacy H. Thornburg
United States District Judge